FILED
ASHEVILLE, N.C.
FEB 0 1 2016
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>PATRICIA A. POWELL,<br>Defendant. | )<br>)<br>)<br>) CASE NO. DNCW1:15CV144<br>) (Financial Litigation Unit)<br>)<br>) |

## CONSENT JUDGMENT

THIS CAUSE coming on to be heard before the undersigned Judge, and it appearing to the Court, and the Court finding as a fact that all matters in controversy set out in the pleadings have been agreed upon by the parties, and that Plaintiff has agreed to accept the principal sum of $51,842.88, plus interest in the amount of $22,584.65, accrued pursuant to the terms listed in the complaint, for a total debt of $74,427.53 as of June 5, 2015, and continuing to accrue until the date of judgment herein at the rate of percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, together with $400.00 in costs, as settlement in full accord and satisfaction thereof.

Interest shall accrue thereon at the determined Treasury post-judgment interest rate computed daily and compounded annually.

Defendant agrees that Plaintiff will submit this debt to Treasury for inclusion in The Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

NOW, THEREFORE, BY CONSENT, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff have and recover of Defendant the principal sum of $51,842.88, plus

interest in the amount of $22,584.65, plus percent pre-judgment interest, accrued pursuant to the terms in the complaint totaling $74,427.53 as of June 5, 2015, and continuing to accrue until the date of judgment herein at the rate of percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually.

This the 19th day of January 2016.

WE CONSENT:

*Tiffany M. Mallory* DATE: 1/19/16
TIFFANY M. MALLORY
Assistant United States Attorney
GASB#744522


*Patricia Powell* DATE: 12-29-15
PATRICIA A. POWELL
Defendant

**SO ORDERED.**

Signed: [signature]

United States District Judge
Max O. Cogburn, Jr.